IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WALTER BROWN, JR.,

                Plaintiff,

v.

MADISON POLICE DEPARTMENT,

                Defendant.

ORDER

10-cv-658-slc

---

In an order entered May 6, 2011, plaintiff was given until May 13, 2011 to inform the court of the status of his criminal case, number 2010CF612, and whether he will pursue post conviction relief related to the search and arrest at issue in this case. On May 16, 2011, that order was returned to the court as undelivered due to an incorrect address. The court since has updated plaintiff's address to Dodge County Correctional and re-sent the order to plaintiff. This is his new deadline: plaintiff may have until May 27, 2011 to inform the court of the status of criminal case 2010CF612 and whether he will pursue post conviction relief related to the search and arrest at issue in this case.

Entered this 19th day of May, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge